UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
(Alexandria Division)

| | |
|---|---|
| **ALEJANDRA SOTA MIRAFUENTES,**<br><br>    **Plaintiff,**<br><br>    **v.**<br><br>**DOLIA ESTEVEZ,**<br><br>    **Defendant**. | Case No. 1:15-cv-00610 (LO/JFA) |

**MOTION OF DEFENDANT DOLIA ESTEVEZ TO DISMISS THE
CORRECTED AMENDED COMPLAINT**

Defendant Dolia Estevez, by counsel, hereby moves this Court to dismiss the corrected amended complaint filed by Plaintiff Alejandra Sota Mirafuentes, pursuant to Federal Rule of Procedure 12(b)(6), for the reasons stated in the accompanying memorandum of points an authorities in support of the motion, filed contemporaneously herewith.

**GOOD FAITH CERTIFICATION PURSUANT TO LOCAL RULE 7(E)**

Counsel hereby represents that the parties made a good faith effort to resolve this matter pursuant to Local Civil Rule 7(E), but were unable to come to a resolution, resulting in the need to file this motion to dismiss.

                                            Respectfully submitted,

Dated: October 13, 2015        By:    /s/ John A. Trocki III

                                            John A. Trocki III (Va. Bar No. 38656)
                                            MORRISON & FOERSTER LLP
                                            1650 Tysons Boulevard, Suite 400
                                            McLean, VA 22102
                                            Telephone: (703) 760-7712
                                            Facsimile: (703) 760-7777
                                            JTrocki@mofo.com

                                            and

                                            Ronald G. White (admitted *pro hac vice*)
                                            Kayvan B. Sadeghi (admitted *pro hac vice*)
                                            MORRISON & FOERSTER LLP
                                            250 West 55th Street
                                            New York, New York 10019
                                            Telephone: (212) 468-8000
                                            Facsimile: (212) 468-7900
                                            RWhite@mofo.com
                                            KSadeghi@mofo.com

                                            *Attorneys for Defendant Dolia Estevez*

Of Counsel:

Charles J. Glasser, Jr.
Charles Glasser LLC
53 Valley Way
West Orange, NJ 07052
(973) 666-6270

2

## **CERTIFICATE OF SERVICE**

I hereby certify that a true copy of the foregoing was delivered by electronic filing and also by email, as indicated, on this 13th of October, 2015.

>Richard Scott Meyer, Esq.
>Jonathan Sherman, Esq.
>**Boies Schiller & Flexner LLP**
>5301 Wisconsin Ave NW
>Suite 5700
>Washington, DC 20015-2015
>202-274-1130
>Fax: 202-237-6131
>Email: rmeyer@bsfllp.com
>jsherman@bsfllp.com
>
>John F. Cove, Jr.
>Beko O. Reblitz-Richardson
>**Boies Schiller & Flexner LLP**
>1999 Harrison Street
>Suite 900
>Oakland, CA 94612
>jcove@bsfllp.com
>brichardson@bsfllp.com
>
>*Counsel for Plaintiff*

>By: \_\_\_/s/ John A. Trocki III_____
>John A. Trocki III (Va. Bar No. 38656)
>MORRISON & FOERSTER LLP
>1650 Tysons Boulevard, Suite 400
>McLean, VA 22102
>Telephone:  (703) 760-7712
>Facsimile:  (703) 760-7777
>JTrocki@mofo.com